43 F.3d 1461
 McManus (Joseph), Mickey (Carol), Perry (Peter), Makin
(Sarah), Baldys (Karl), Stokes (Joseph), Weinberg
(Marc), Grady (Joseph), Hall (Wiliam),
Olivetti (Armand)
v.
Commonwealth of Pennsylvania, Department of Environmental
Resources, Department of Labor and Industry, Barnett
(Robert), Acting Secretary of Labor, Beal (Frank S.),
Director, Bureau of Workers' Compensation
 NO. 94-1736
 United States Court of Appeals,
Third Circuit.
 Nov 10, 1994
 
 Appeal From: E.D.Pa., No. 94-cv-03038,
 Gawthrop, J.
 
 
 1
 AFFIRMED.